Gary G. Colbath
Senior Litigator
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (844) 927-4680
Email: gary_colbath@fd.org

*Counsel for Defendant Petngalria Paul*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>PETNGALRIA PAUL,<br><br>          Defendant. | Case No. 4:25-CR-00021-RRB-SAO |

**NOTICE OF APPEARANCE FOR DEFENDANT**

The CJA department has notified the Federal Defender that an Indictment has been filed in this matter. Pursuant Sections 5.01(a) and 5.02(a) of the district's *Plan for Implementing the Criminal Justice Act of 1964*, undersigned counsel hereby notifies the Court and parties of his appearance in anticipation of the appointment of counsel for the Defendant in this matter, and to assist in arranging a pretrial services interview prior to arraignment if necessary. All future correspondence and filings in this matter should be addressed to the undersigned at the above-listed address.

Undersigned will notify the Court at the expected initial hearing whether Defendant is financially able to secure representation.

DATED December 18, 2025.

> Respectfully submitted,
>
> FEDERAL PUBLIC DEFENDER
> FOR THE DISTRICT OF ALASKA
>
> */s/ Gary G. Colbath*
> Gary G. Colbath
> Senior Litigator

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 18, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*